

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

WILLIAM JACKSON COMFORT, )
)
    Plaintiff, )
v. ) Civil Action No. 3:15CV287–HEH
)
BARBARA MEADE, *et al.*, )
)
    Defendant. )

## MEMORANDUM OPINION
(Dismissing Action Without Prejudice)

By Memorandum Order entered on May, 19, 2015, the Court conditionally docketed Plaintiff's action. On March 16, 2016, the United States Postal Service returned a March 4, 2016 Memorandum Order to the Court marked, "RETURN TO SENDER" and "NOT DELIVERABLE AS ADDRESSED." Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be dismissed without prejudice.

An appropriate Order shall accompany this Memorandum Opinion.

                                              /s/
Date: March 23 2016          HENRY E. HUDSON
Richmond, Virginia          UNITED STATES DISTRICT JUDGE